

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perla Alvarez | Civil Action No.   19-cv-01802-RBB |
| **Plaintiff,** | |
| V. | |
| Andrew Saul, Commissioner of Social Security Administration | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for reversal and/or remand is DENIED. This Order concludes the litigation in this matter. The Clerk shall close the file.

**Date:**   9/2/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler
M. Exler, Deputy